**Susan THOMPSON, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2009–8001.

United States Court of Appeals, Federal Circuit.

Sept. 8, 2009.

ON MOTION

*ORDER*

Susan Thompson having failed to comply with the court's July 17, 2009 order requiring that her brief be filed no later than August 7, 2009, and prohibiting further extensions of time,

IT IS ORDERED THAT:

(1) The petition for review is dismissed for failure to comply with the court's order. Each side shall bear its own costs.

(2) Thompson's untimely motion for an additional extension of time is moot.